UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DIENER BENGURIA, individually,

    Plaintiff,

v.

PATIENT ACCOUNT SERVICES, LLC,        **JURY DEMAND**
a Florida limited liability company,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1. Plaintiff DIENER BENGURIA alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") against Defendant PATIENT ACCOUNT SERVICES, LLC.  Plaintiff alleges that Defendant PATIENT ACCOUNT SERVICES, LLC incessantly and unlawfully called Plaintiff's cellular telephone in an attempt to collect an alleged consumer debt using an automatic telephone dialing system (i.e. "auto-dialer") and a pre-recorded or artificial voice.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the Defendant is a Florida limited liability company, the telephone calls forming the basis of this action were placed by the Defendant into this District, and because Defendant conducts business

in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5. Plaintiff DIENER BENGURIA is a natural person and a citizen of the State of Florida, residing in Miami-Dade County, Florida.  Said Plaintiff is the cellular account holder-owner and has dominion over the cellular telephone that Defendant was calling.

6. Defendant PATIENT ACCOUNT SERVICES, LLC ("Patient Account Services") is a Florida limited liability company, and a debt collector that uses, among other things, an automated telephone dialing system to engage in debt collection.  Patient Account Services operates from offices located at 5100 West Copans Road, Suite 500, Margate, FL 33063.

7. Defendant Patient Account Services regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant Patient Account Services regularly collections or attempts to collect consumer debts for other persons.

9. Defendant Patient Account Services is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. In March, 2012, the Plaintiff fell ill and was admitted to Mount Sinai Medical Center.

11. In said medical center, Plaintiff underwent several tests and began treatment for his illness.

2

12. The Plaintiff was subsequently discharged from the medical center, and sent several bills for services allegedly rendered by hospital personnel.

13. The Plaintiff allegedly defaulted on some of these bills, and one creditor, STERLING SERVICES OF MIAMI-BEACH, P.A., engaged Defendant Patient Account Services to collect the alleged debt from the Plaintiff.

14. In July, 2012, Defendant Patient Account Services began sending the Plaintiff collection letters and making voluminous automated collection calls to the Plaintiff cellular telephone.

15. On the occasions when Plaintiff answered the Defendant's collection calls, he was greeted by a machine-operated voice that always spoke as follows before immediately disconnecting:

> This is a message for Diener Benguria.  If we have reached the wrong number for this person, please call us back at 877-397-0619 to remove your phone number so that we don't bother you.  If you are not Diener Benguria, please hang up or disconnect now.  If you are Diener Benguria, please continue to listen to this message.  There will now be a three second pause in this message.  By continuing to listen to this message, you acknowledge that you are Diener Benguria.  You should not listen to this message over a speaker where other people can hear it, as it contains personal and private information.  There will now be a three second pause to allow you to listen to this message in private.  This is Patient Account Services, this communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us at 877-397-0619, so that we can assist in clearing up this matter.  Thank you.

16. Exasperated by the calls, on July 27, 2012, the Plaintiff sent a certified letter to Patient Account Services advising them not to contact him by telephone.  Patient Account Services received this letter on July 30, 2012.  A true and correct copy of this letter, along with the certified mail receipt and return receipt, is attached hereto as Exhibit A.

17. Despite this directive from the Plaintiff, Defendant Patient Account Services continued to place automated collection calls to the Plaintiff.

3

18. In sum, Patient Account Services made telephone calls to Plaintiff's cellular telephone, each of which was made using an automatic telephone dialing system or an artificial or pre-recorded voice.

## COUNT I
## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff incorporates paragraphs 1 through 18 herein.

20. Defendant violated 15 U.S.C. § 1692c(c) of the Fair Debt Collection Practices Act by continuing to communicate with the Plaintiff after being notified in writing that the Plaintiff wished Patient Account Services to cease further communication with him.

21. Defendant violated 15 U.S.C. § 1692d(5) of the Fair Debt Collection Practices Act by calling the Plaintiff's cellular telephone repeatedly and continuously with the intent to annoy and harass the Plaintiff.

WHEREFORE, Plaintiff DIENER BENGURIA, requests that the Court enter judgment in favor of Plaintiff and against Defendant PATIENT ACCOUNT SERVICES, LLC for:

   a. actual damages;
   b. statutory damages of $1,000.00;
   c. attorney's fees, litigation expenses, and costs of the instant suit; and
   d. such other or further relief as the Court deems proper.

## COUNT II
## VIOLATIONS OF TELEPHONE CONSUMER PROTECTION ACT

22. Plaintiff incorporates paragraphs 1 through 18 herein.

23. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by making telephone calls to Plaintiff's cellular telephone, which were initiated by an

automatic telephone dialing såystem or made using an artificial or prerecorded voice, and not legally permissible under any provision to the aforementioned statute.

WHEREFORE, Plaintiff DIENER BENGURIA, requests that the Court enter judgment in favor of Plaintiff and against Defendant PATIENT ACCOUNT SERVICES, LLC for:

a. $500 dollars in statutory damages for each violation of the TCPA over the last four years;

b. $1,500 dollars in statutory damages for each knowing or willful violation of the TCPA over the last four years;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using either an automatic telephone dialing system or an artificial or prerecorded voice;

e. litigation expenses and costs of the instant suit; and

f. such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 13th day of November, 2012.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 1001 N. Federal Hwy., Ste 106
> Hallandale Beach, Florida 33009
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By: /s/ Bret L. Lusskin, Esq.
>     Bret L. Lusskin, Esq.
>     Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 13th day of November, 2012, via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          BRET L. LUSSKIN, Esq.
          *Attorney for Plaintiff*
          1001 N. Federal Hwy., Ste 106
          Hallandale Beach, Florida 33009
          Telephone: (954) 454-5841
          Facsimile: (954) 454-5844
          blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069